```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BTIG, LLC,

                Plaintiff,

-against-

DEBAYAN BHADURI,

                Defendant.

1:24-cv-04869-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On October 4, 2024, this Court endorsed the parties' joint stipulation and order staying the above-captioned case pending the completion of *BTIG, LLC vs. Debayan Bhaduri, Christopher Dennis Amato, Anthony Vincent Centrella, Haijian Leung, and Jyoti Bhangale*, FINRA No. 24-01707 (the "FINRA Arbitration"). [ECF No. 22].

Accordingly, IT IS HEREBY ORDERED that parties shall file a report on the status of the FINRA Arbitration on or before February 3, 2025, and every three months thereafter, or within one week of the termination of the FINRA Arbitration.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Date: January 2, 2025
New York, NY

*[Signature: Mary Kay Vyskocil]*
MARY KAY VYSKOCIL
United States District Judge